LSK&D #: 079100-8804 / 1069473

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
MANUEL ORTIZ

                                Plaintiff,

       -against-

FIRST AMERICUS ENTERPRISE, INC., and
NATHAN BUCK

                              Defendants.
-------------------------------------------------------------------x

Docket No.: 08 CV 6244

**FEDERAL STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

     Pursuant to Fed. R. Civ. P. 7.1, FIRST AMERICUS ENTERPRISE, INC., and NATHAN BUCK identify the following publicly-held parent corporations and publicly-held corporations that own ten percent or more of FIRST AMERICUS ENTERPRISE, INC. stock:

     FIRST AMERICUS ENTERPRISE, INC.

Dated:     New York, New York
               August 25, 2008

                                              Respectfully submitted,

                                              LESTER SCHWAB KATZ & DWYER, LLP

                                              Sandro A. Battaglia (SAB-9193)
                                              Attorneys for Defendants
                                              FIRST AMERICUS ENTERPRISE, INC., and
                                              NATHAN BUCK
                                              120 Broadway
                                              New York, New York 10271
                                              (212) 964-6611

TO:

Steven J. Shanker, Esq.
SHANKER & SHANKER, P.C.
386 Park Avenue South - Suite #1914
New York, New York 10016
T: (212) 490-0046
Your File No.: 1919-07